IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **IDS PROPERTY CASUALTY INSURANCE COMPANY** | **PLAINTIFF/COUNTER-DEFENDANT** |
| **VS.** | **CIVIL ACTION NO.   3:09CV697-HTW-LRA** |
| **CARRIE MEEKS AND MISSISSIPPI FARM BUREAU CASUALTY INSURANCE COMPANY** | **DEFENDANTS** |

_____

| | |
|---|---|
| **MISSISSIPPI FARM BUREAU CASUALTY INSURANCE COMPANY** | **DEFENDANT/COUNTER/CROSS-PLAINTIFF** |
| **VS.** | |
| **CARRIE MEEKS** | **CROSS-DEFENDANT** |

_____

| | |
|---|---|
| **MISSISSIPPI FARM BUREAU CASUALTY INSURANCE COMPANY** | **DEFENDANT/COUNTER/CROSS-PLAINTIFF** |
| **VS.** | |
| **IDS PROPERTY CASUALTY INSURANCE COMPANY** | **COUNTER-DEFENDANT** |

### MOTION TO RESET SCHEDULING ORDER DEADLINES

COMES NOW the Defendant, Carrie Meeks, by and through counsel and files this her motion to reset deadlines of scheduling order and Defendant would state as follows:

1. The cause of action for declaratory judgment was filed on November 19, 2009.

2. Defendant hired new counsel just before the March 1, 2011, status conference during which the parties appeared by telephoned to discuss the various aspects of the case.

3. On or about March 1, 2011, the Court reset the scheduling order deadlines as

follows:

a) Experts Plaintiff Deadline due by April 1, 2011;

b) Experts for Defendant Deadline due by May 2, 2011;

c) Discovery due by July 1, 2011;

d) Motions due by July 15, 2011;

e) Pretrial Conference set for October 7, 2011; and

f) Jury Trial set for November 14, 2011

4. Defendant has reviewed the engineering, contractors, and other reports involved in this matter. Defendant, additionally, has consulted with other experts in order to fully evaluate all claims and defenses of the Defendant. While Defendant has had some difficulty in preparing her damage claims, she has been diligent in evaluating such. In fact, Defendant recently received a mold report from Troublshooters, Inc., a copy of which has been provided to opposing counsel.

5. In light of the newly attained report, Defendant requests that the discovery, expert designation, and motion deadlines be reset for an additional ninety (90) days in order that both parties may properly complete discovery. By resetting said deadlines, the trial and remaining dates need not be reset and no prejudice will result to the remaining parties.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court will grant Defendant's motion to reset the expert designation and discovery deadlines.

RESPECTFULLY SUBMITTED, this the 12th day of July, 2011.

/s/ Sanford E. Knott, Esquire
SANFORD E. KNOTT, MSB #8477
ATTORNEY FOR PLAINTIFF

OF COUNSEL:
SANFORD KNOTT & ASSOCIATES, P.A.
POST OFFICE BOX 1208
JACKSON, MISSISSIPPI 39215-1208
TELEPHONE NUMBER: (601) 355-2000
FACSIMILE NUMBER: (601) 355-2600

## CERTIFICATE OF SERVICE

I, Sanford E. Knott, attorney for Defendant Carrie Meeks, do hereby certify that I have on this date electronically filed via, the Electronic Case Filing system, with the Clerk of the Court a true and correct copy of the foregoing document and an e-mailed copy sent to the following:

Rhonda Lea McCullough, Esq.
Copeland, Cook, Taylor & Bush, P.A.
P.O Box 6020
Ridgeland, MS 39158

Arnold U. Luciano, Esquire
JACKS, ADAMS & NORQUIST, P.A.
Post Office Box 1209
Cleveland, Mississippi 38732

This the 12th day of July, 2011.

/s/ Sanford E. Knott, Esquire
Sanford E. Knott, Esquire